No. 89–1873.  MARYLAND HIGHER EDUCATION LOAN CORPORATION *v.* CAVAZOS, SECRETARY OF EDUCATION, ET AL.;

No. 89–2027.  SOUTH CAROLINA STATE EDUCATION ASSISTANCE AUTHORITY *v.* CAVAZOS, SECRETARY OF EDUCATION, ET AL.; and

No. 90–4.  NORTH CAROLINA ET AL. *v.* UNITED STATES ET AL. C. A. 4th Cir.  Certiorari denied.  Reported below: 897 F. 2d 1272.

No. 89–1893.  BELL & MURPHY & ASSOCIATES, INC., ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FIRST REPUBLICBANK DALLAS, N. A., ET AL.  C. A. 5th Cir. Certiorari denied.

No. 89–1925.  AIR LINE PILOTS ASSN., INTERNATIONAL, AFL–CIO, ET AL. *v.* LANDRY ET AL.; and

No. 90–189.  LANDRY ET AL. *v.* AIR LINE PILOTS ASSN., INTERNATIONAL, AFL–CIO, ET AL.  C. A. 5th Cir.  Certiorari denied.  Reported below: 901 F. 2d 404.

No. 89–1931.  HOWITT *v.* UNITED STATES DEPARTMENT OF COMMERCE.  C. A. 1st Cir.  Certiorari denied.

No. 89–7842.  HAMILTON, AS NATURAL MOTHER AND NEXT FRIEND TO SMITH *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE.  C. A. 5th Cir.  Certiorari denied.

No. 90–13.  OHIO STUDENT LOAN COMMISSION *v.* CAVAZOS, SECRETARY OF EDUCATION, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–54.  DRAY *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 90–56.  DE CUELLAR *v.* BRADY, SECRETARY OF THE TREASURY, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–70.  MAY DEPARTMENT STORES CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 7th Cir.  Certiorari denied.